FILED 25 AUG '16 11:24 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND ☐ DIVISION
*(Select the Division in which the complaint is filed.)*

Tyrone Blocker

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Bandmine.com, and
WEBNAMES CA INC., and
eBay INC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:16-cv-1709-BR
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tyrone Blocker |
| Street Address | P.O. Box 9134 |
| City and County | Portland, OR 97207 |
| State and Zip Code | |
| Telephone Number | 503 915-5322 |
| E-mail Address | Blksmanufactwrs@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RawDmine.com |
| Job or Title (if known) | Webnames CA Inc. |
| Street Address | ATTN WNafalbe, Suite 333-333 |
| City and County | Terminal Ave, |
| State and Zip Code | Vancouver Bia Province BC |
| Telephone Number | V6A 4C1 - 1·604 633·3174 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | eBay |
| Job or Title (if known) | Designated Agent |
| Street Address | 583 W. eBay Way |
| City and County | Draper, UT 84020 |

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than \$75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question           ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Tyrone Blackler, is a citizen of the State of *(name)* Oregon .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Bandmine.com , is incorporated under the laws of the State of *(name)* Vancouver province BC and has its principal place of business in the State of *(name)* Vancouver Province BC

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Webdimmes C/L, is a citizen of the State of *(name)* Vancouver Province Or is a citizen of *(foreign nation)* BC .

b.    If the defendant is a corporation

The defendant, *(name)* eBay INC , is
incorporated under the laws of the State of *(name)*
UT , and has its principal place of
business in the State of *(name)* UT . *Or* is
incorporated under the laws of *(foreign nation)*
, and has its principal place of
business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

15,000,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff claims that defendant Bandmine.com
violated plaintiffs exclusive rights attached
to his trademark and copyrighted materials
without the Authorization of the trademark and
copyright owner or any licensees (provided that

5

Such authorization was within the scope
of the license. The defendant is using
the plaintiffs NESTCOST ENT Trademark
and copyrighted materials and is in violation
of the ACTA Trade agreement.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is suing defendant Bannmive. Con
for 15,000,000 in General damages and
30,000,000 in punitive damages. Plaintiff
is suing eBay Inc. for 15,000,000 in General
damages and 30,000,000 in punitive damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/25 , 2016.

Signature of Plaintiff    Tyrone Blacker

Printed Name of Plaintiff    Tyrone . Blacker

6